

*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

BRIAN R. HECKO

                Debtor.

Chapter: 13
Case No. 2:22-bk-01521-MCW

ORDER VACATING DISMISSAL AND REINSTATING CASE

    Debtor, BRIAN R HECKO, and Chapter 13 Trustee, Russell Brown, hereby stipulate to the following:

    1.    This case was dismissed on June 14, 2022 due to Debtor's failure to file his 2019 through 2021 federal and state tax returns.

    2.    The Internal Revenue Service and Arizona Department of Revenue have amended their claims and Debtor has satisfied his income tax requirements.

    3.    If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) 18 days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANI.P. 4004(a), 4007(c), 1017(e), 20 and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case: and

    The Court, after having considered the Motion to Reinstate and Stipulation of Chapter 13 Trustee, pursuant to Local Rule 2084-17, in the above captioned and numbered case, finds that there is good cause appearing and that it is in the best interest of the parties to order as follows:

    IT IS HEREBY ORDERED,

1. The above captioned and numbered case is reinstated;
2. If the deadline(s) for filing complaints under Fed.R Bankr.P. 4004(a) or 4007(c), motions under Fed.R.Bankr.P. 1017(e), or proofs of claim under Fed.R.Bankr.P. 3002(c) expired on or after the date the case was dismissed, or if Less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under Fed.R.Bankr.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case; and
3. All Automatic Stays that have not been lifted by a prior motion and order of this Court are immediately reinstated.

DATED AND SIGNED ABOVE

APPROVED AS TO FORM AND CONTENT:

Rachel Flinn
2022.06.28 14:53:27
-07'00'

RUSSELL BROWN, Chapter 13 Trustee            Date

                                              6/29/2022
Thomas McAvity, Attorney for Debtor           Date

Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phxfreshstart.com

Dated & Signed Above